UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JESUS SILVA,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.

Case Number: CV07-05289 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus Silva F 47060  
C.T.F.  
OW 145  
P.O. Box 689  
Soledad, CA 93960

Dated: November 29, 2007

        Richard W. Wieking, Clerk  
        By: Barbara Espinoza, Deputy Clerk