UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA,<br><br>            Plaintiff,<br><br>   v.<br><br>JAMES TILTON et al,<br><br>            Defendant.<br>_____/ | Case Number: CV07-05289 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus Silva F 47060
C.T.F.
OW 145
P.O. Box 689
Soledad, CA 93960

Dated: November 29, 2007

                                          Richard W. Wieking, Clerk
                                          By: Barbara Espinoza, Deputy Clerk