IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS SILVA,    No. CV 07-05289 CRB ,

     Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

JAMES TILTON,

     Defendant.

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment be entered in favor of defendant.

Dated: November 29, 2007    Richard W. Wieking, Clerk

By: _____
Deputy Clerk